FERST'S SONS & COMPANY *v.* HALL.

LUMPKIN, P. J. When the result of a trial depended entirely upon the determination by the jury of a disputed issue of fact, and the duty devolving upon them was simply one of passing upon the credibility of directly conflicting witnesses, this court will not, although the record discloses that the trial judge would have been better satisfied with a verdict different from that which was returned, reverse his judgment denying a new trial, it also clearly appearing that his refusal to interfere with the jury's finding arose from a reluctance on his part to usurp their right to decide which witnesses were worthy and which were unworthy of credit. See *City of Atlanta* v. *Brown*, 73 *Ga.* 630, 632.

                                        *Judgment affirmed. All the Justices concurring.*

                    · Submitted May 17, — Decided July 20, 1899.

Complaint. Before Judge Parker. City court of Baxley. August term, 1898.

·*Thomas & Parker* and *G. J. Holton & Son*, for plaintiffs.         ·
*E. P. Padgett & Son*, and *E. D. Graham*, for defendant. ·

---

UNDERWRITERS AT MUTUAL LLOYDS *et al. v.* ELBEL.

FISH, J. Where several persons were sued in the same action as partners, and it appeared from the terms of the contract sued upon that each person signing the same acted and contracted therein exclusively for himself individually, and that no suit should in any event be begun for any claim under the contract against more than one of the signers thereof at any time, it was not error to allow the plaintiff to amend his declaration by striking therefrom the names of all the defendants save one, and to proceed against him as if he had been the only original defendant. Civil Code, §5104, and citations.

                                        *Judgment affirmed. All the Justices concurring.*

                    ₊Argued May 20, — Decided July 20, 1899.

Action on insurance policy. Before Judge Lumpkin. Fulton superior court. September term, 1898.

*Dorsey, Brewster & Howell* and *Arthur Heyman,* for plaintiffs in error. *Payne & Tye,* contra.